[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13397
Non-Argument Calendar

_____

D.C. Docket No. 1:19-cr-00260-KD-N-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JULIAN J. ROGERS,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(March 17, 2021)

Before JORDAN, JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Julian Rogers in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief  pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rogers's conviction and sentence are **AFFIRMED**.